IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **RAYMOND SHANE GREENE,** AIS #00302426, Petitioner, | ) ) ) ) |
| v. | ) **CIVIL ACTION NO. 1:21-00022-WS-N** ) |
| **REOSHA BUTLER,** *Warden III*, *G.K. Fountain Correctional Facility*, Respondent. | ) ) ) ) |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge (Doc. 13) made under 28 U.S.C. § 636(b)(1)(B)-(C), Rule 8(b) of the Rules Governing § 2254 Cases in the United States District Courts, and S.D. Ala. GenLR 72(a)(2)(R), and dated September 14, 2021, is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that Petitioner Raymond Shane Greene's operative petition for a writ of habeas corpus under 28 U.S.C. § 2254 (Doc. 3) is **DISMISSED with prejudice** as time-barred, and that Greene is not entitled to a Certificate of Appealability in relation to this final adverse order.

Final judgment shall issue separately in accordance with this order and Federal Rule of Civil Procedure 58.

**DONE** and **ORDERED** this the 26th day of October, 2021.

>  */s/* William H. Steele
> **WILLIAM H. STEELE**
> **UNITED STATES DISTRICT JUDGE**